JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
2008 FEB 15 A 11:52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

E-FILING

| UNITED STATES OF AMERICA, | ) CR No. 08 00080 JF |
| --- | --- |
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – |
|  | ) Illegal Re-Entry Following Deportation |
| HECTOR HERNANDEZ-ORTIZ, | ) |
|  | ) SAN JOSE VENUE |
| Defendant. | ) |

### INFORMATION

The United States charges:

On or about November 7, 2007, the defendant

HECTOR HERNANDEZ-ORTIZ,

an alien, previously having been arrested and deported from the United States on or about September 17, 2001 and December 14, 2001, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

PLEA AGREEMENT
CR CASE #

1 | of Title 8, United States Code, Section 1326.
2 | DATED: 2/8/08                JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                  DAVID R. CALLAWAY
                                  Deputy Chief, San Jose Office

7 | (Approved as to form: _____)
                           AUSA SCHENK

PLEA AGREEMENT
CR CASE #                                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
8 U.S.C. Section 1326 - ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

### DEFENDANT - U.S.
▶ HECTOR HERNANDEZ-ORTIZ

**DISTRICT COURT NUMBER**

*FILED 2008 FEB 15 A 11:52 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.*

### PROCEEDING
**Name of Complaintant Agency, or Person (&Title, if any)**
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
07-70753 PVT

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
JEFFREY B. SCHENK

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: