AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

FILED

FEB 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

V.

Hector Hernandez-Ortiz

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-70753-PVT

08-cr-00080 JF

I, __Hector Hernandez-Ortiz__, the above named defendant, who is accused of

violating Title 8, U.S.C. Sec. 1326, found in the United States After Removal,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __February 19, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant*
Hector Hernandez-Ortiz

*Counsel for Defendant*
Manuel U. Araujo

Before _____
*Judicial Officer*