1
2
3                     UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>V.<br>HECTOR HERNANDEZ-ORTIZ,<br>　　　　Defendant. | Case Number CR-08-00080-JF<br><br>Status Hearing<br><br>March 19, 2008<br><br>CLERK'S NOTICE-<br>　　RE TIME CHANGE |

To all Parties and Attorneys of Record:

The Status hearing set on March 19, 2008 is now scheduled to be heard at

 1:30 p.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3

on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.


March 14, 2008                        For the Court
                                      Richard W. Wieking, Clerk


                                      By:___/s/_____
                                      Diana Munz
                                      Courtroom Deputy Clerk