BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HERNANDEZ-ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00080-JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| v. ) | **STATUS HEARING** |
| ) | |
| HECTOR HERNANDEZ-ORTIZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for April 16, 2008, at 9:00 a.m., may be continued to May 14, 2008 at 9:00 a.m. The continuance is being requested as defense counsel to explore the feasability of the Santa Clara Public Defender's Office filing a motion to declare Mr. Hernandez-Ortiz prior 1995 conviction for assault with a deadly weapon (not a gun) a misdemeanor under California Penal Code Section 17(b). Additional time is also needed for the defendant and his undersigned counsel to consult regarding the Government's fast track offer should the 17(b) motion not be feasible or granted.

The parties further agree and stipulate that time should be excluded from and including

1 | April 16, 2008 through and including May 14, 2008, to provide counsel reasonable time to
2 | prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the
3 | United States and the defendant agree that granting the requested exclusion of time will serve the
4 | interest of justice and outweigh the interest of the public and defendant in a speedy trial.

6 | Dated: April 14, 2008

_____/S/_____
Manuel U. Araujo
Assistant Federal Public Defender

9 | Dated:  April 14, 2008

_____/S/_____
Jeffrey B. Schenk,
Assistant United States Attorney

STIPULATION TO CONTINUE HEARING
No. CR 08-00080-JF                                            2