BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HERNANDEZ-ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00080-JF |
| Plaintiff, ) | **ORDER CONTINUING STATUS HEARING** |
| v. ) | |
| HECTOR HERNANDEZ-ORTIZ, ) | |
| Defendant. ) | |

### ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from April 16, 2008, to May 14, 2008 at 9:00 a.m. as well as the period of delay from April 16, 2008, to and including May 14, 2008, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: April 15, 2008

JEREMY FOGEL,
United States District Judge