UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, May 14, 2008
**Case Number:** CR-08-00080-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        **UNITED STATES OF AMERICA V. HECTOR HERNANDEZ-ORTIZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Hector Hernandez-Ortiz |
| **Attorneys Present:** Jeffrey Schenk | **Attorneys Present:** Manuel Araujo |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 6/18/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.