UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, June 25, 2008
**Case Number:** CR-08-00080-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     **UNITED STATES OF AMERICA V. HECTOR HERNANDEZ-ORTIZ**

| **PLAINTIFF** | **DEFENDANT** |
| United States | Hector Hernandez-Ortiz |

**Attorneys Present:** Jeffrey Schenk          **Attorneys Present:** Manuel Araujo

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 7/23/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.

The case referred to Magistrate Judge Seeborg for Rule 11 settlement conference.