1

2

3                     UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6   UNITED STATES OF AMERICA,

            Plaintiff(s),                    No. CR 08-00080 JF (PVT)

7
                                             NOTICE OF SETTLEMENT
8        v.                                  CONFERENCE AND SETTLEMENT
                                             CONFERENCE ORDER
9   HECTOR HERNANDEZ-ORTIZ,

10           Defendant(s).
    _____/

11

12       TO ALL PARTIES AND COUNSEL OF RECORD:

13       You are hereby notified that a Settlement Conference has been scheduled before

14  United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and

15  Federal Building, 280 South First Street, Room 4200, San Jose, California 95113, on **Tuesday,**

16  **July 22, 2008 at 2:00 p.m.**, or as soon after as counsel may be heard.

17       **ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE**

18  **AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE.  ALL PARTIES ARE**

19  **REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE**

20  **WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS**

21  **FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

22       Any inquiries regarding the conference may be made by contacting the undersigned

23  Courtroom Deputy.

24  Dated:  7/17/08                    /s/ Corinne Lew

25                                     _____
                                       Corinne Lew, Courtroom Deputy to
26                                     Magistrate Judge Patricia V. Trumbull

27

28

Settle.Con.                          1