UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~Civil~~ Criminal Minute Order

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date 7/22/08

ERO _____     Clerk _____

Case No. CR-08-00080 JF    Case Title: USA v. Hector Hernandez-Ortiz

Appearances for Plaintiff(s):    Appearances for Defendant(s):

Jeff Schenk                      Al Morales

### PROCEEDINGS

Pretrial Conferences:  [ ] Initial    [ ] Status    [X] Discovery
                       [X] Settlement [ ] Final
                       [ ] Other _____

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### MOTIONS

Plf.   Def.                                          check if case dispositive
[ ]    [ ]    1. _____    [ ]
[ ]    [ ]    2. _____    [ ]
[ ]    [ ]    3. _____    [ ]
[ ]    [ ]    4. _____    [ ]

### DISPOSITION

[ ] Granted           [ ] Submitted              [ ] Settled
[ ] Denied            [ ] Briefs to be filed     [X] Not Settled
                          (See schedule)
[ ] Granted in part, denied in part              [ ] Off Calendar

Briefing Schedule:  Opening _____    Answer _____
                    Reply _____
[ ] Continued to _____ for _____

### ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

NOTES: 1 hour