UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition, July 23, 2008
**Case Number:** CR-08-00080-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **UNITED STATES OF AMERICA V. HECTOR HERNANDEZ-ORTIZ**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Hector Hernandez-Ortiz |
| **Attorneys Present:** Jeffrey Schenk | **Attorneys Present:** Manuel Araujo |

---

PROCEEDINGS:

Disposition hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information (open plea). Continued to 10/8/08 at 9:00 a.m. for judgment and sentencing.