IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00080-JF |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING SENTENCING** |
| v. | ) | **HEARING TO DECEMBER 10 , 2008** |
| | ) | |
| HECTOR HERNANDEZ-ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from October 29, 2008 to December 10, 2008, at 9:00 a.m.

Dated: ~~October~~ November 3 ___ , 2008

_____
JEREMY FOGEL,
United States District Judge

ORDER CONTINUING SENTENCING
No. 08-00080-JF                                                           1